# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| JOHN ANTHONY MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10-cv-221 |
| | ) | (COLLIER / CARTER) |
| CITY OF RED BANK; | ) | JURY DEMAND |
| | ) | |
| HAMILTON COUNTY GOVERNMENT; | ) | |
| | ) | |
| FORMER CHIEF OF POLICE LARRY SNEED, in his official capacity as an agent and Chief of Police for the City of Red Bank, Tennessee, and in his individual capacity; | ) | |
| | ) | |
| OFFICER TAMMIE DELASHMITT, in her official capacity as an agent and Police Officer for the City of Red Bank, Tennessee, and in his individual capacity; | ) | |
| | ) | |
| DEPUTY JIM DELASHMITT, in his official capacity as an agent and deputy sheriff for Hamilton County Government, and as an agent for the City of Red Bank, Tennessee, and in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF NATHAN D. ROWELL

COMES NOW the affiant, Nathan D. Rowell, after being duly sworn, and states the following to be true and correct to the best of my personal knowledge, information and belief:

1. My name is Nathan D. Rowell. I am an attorney licensed to practice law in the State of Tennessee and admitted in good standing to this Honorable Court.

2. I represent the Defendant, City of Red Bank, in this action.

3. As of July 12, 2011, I have not received any response to my discovery requests as required by court order (Doc. 44).

4. I have received no indication from the Plaintiff that answers to the discovery requests are forthcoming.

FURTHER THIS AFFIANT SAITH NOT

_____
NATHAN D. ROWELL

STATE OF TENNESSEE )
                   )
COUNTY OF KNOX     )

Sworn to and subscribed before me this 12th day of July, 2011.

_____
NOTARY PUBLIC

My commission expires: 3-3-2014

2